**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-188-3 |
| | § | |
| ANTOINNE QUINAY JACKSON | § | |

**O R D E R**

Defendant Jackson filed an unopposed motion for continuance, (Docket Entry No. 50). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 19, 2013 |
| Responses are to be filed by: | September 3, 2013 |
| Pretrial conference is reset to**:** | **September 16, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 23, 2013 at 9:00 a.m.** |

SIGNED on May 13, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge